In the matter of the estate of ANDREW S. BUCKELEW, deceased.

THE FREEHOLD TRUST COMPANY, as substituted trustee of the estate of Andrew S. Buckelew, deceased, accountant-appellant,

*v.*

META WHITE KELSEY, ELSIE WHITE TRUEX and ANDREW S. WHITE, exceptants-respondents.

[Argued February 7th, 1941. Decided May 1st, 1941.]

*Messrs. Quinn & Doremus* (*Mr. Thomas P. Doremus,* of counsel), for the appellant.

*Messrs. Carton & Abramoff* (*Mr. Lawrence A. Carton, Jr.* of counsel), for the respondents.

PER CURIAM.

The facts herein are sufficiently set forth in the opinion below. It is our conclusion that the trust fund of $25,000 was controlled by the provision of the will restricting investments thereof to bonds and mortgages and the failure of the trustee to comply therewith justified the entry of the decree below. For this reason the decree appealed from is affirmed.

*For affirmance*—PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, COLIE, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, THOMPSON, JJ. 14.

*For reversal*—None.